IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>SARMA COLLECTIONS, INC.,<br>　　　　*Defendant* | § § § § § § § § § § § | SA-22-CV-00553-XR |

**ORDER**

On this date, the Court considered the status of this case.

Plaintiff commenced this case by filing his Complaint on May 27, 2022. ECF No. 1. Plaintiff filed an affidavit of service indicating that Defendant Sarma Collections, Inc. had been served on June 13, 2022. ECF No. 5. Accordingly, Defendant's Answer was due on July 5, 2022. *Id.* Nonetheless, Defendant has not filed an answer or other responsive pleading, requested an additional extension of time in which to do so, or otherwise appeared in this action.

Accordingly, Plaintiff is **ORDERED** to move for default judgment **within 30 days** of this Order. *See* FED. R. CIV. P. 55. Plaintiff's motion for default judgment must demonstrate that service on Defendant was sufficient to support default judgment. Failure to comply with this Order may result in dismissal of this case without prejudice. *See* Local Rule CV-55.

It is so **ORDERED**.

**SIGNED** this 15th day of July, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE