IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>SARMA COLLECTIONS, INC.,<br>　　　　*Defendant* | §§§§§§§§§§ | SA-22-CV-00553-XR |

**ORDER**

On this date, the Court considered the status of this case.

Plaintiff commenced this case by filing his Complaint on May 27, 2022. ECF No. 1. Plaintiff filed an affidavit of service indicating that Defendant had been served on June 13, 2022. ECF No. 5. Accordingly, Defendant's Answer was due on July 5, 2022, but Defendant failed to file its Answer or other responsive pleading by that date. As such, the Court then ordered Plaintiff to move for default. ECF No. 6. Subsequently, Defendant filed its Answer. ECF No. 7.

Accordingly, it is **ORDERED** that:

(1) The Court's order directing Plaintiff to move for default (ECF No. 6) is **VACATED**; and

(2) Defendant shall notify the Court whether it opposes Plaintiff's motion to proceed in pseudonym (ECF No. 3) within ten days of this order.

It is so **ORDERED**.

**SIGNED** this 18th day of July, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE