IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN DOE,<br>         *Plaintiff*<br>-vs-<br>SARMA COLLECTIONS, INC.,<br>         *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-22-CV-00553-XR |

### ORDER

On this date, the Court considered Plaintiff's motion for a protective order (ECF No. 3). After careful consideration, the Court **GRANTS** Plaintiff's motion.

Plaintiff filed this lawsuit against Defendant Sarma Collections for allegedly selling consumer reports indicating that Plaintiff was the perpetrator of a grand larceny and had been charged with several drug-related offenses. ECF No. 1 ¶¶ 25–27. However, Plaintiff successfully completed a drug program, and the charges were dismissed with prejudice. *Id.* ¶¶ 32–33. Plaintiff's criminal records were expunged, but Defendant's consumer reports allegedly contained the expunged records. *Id.* ¶¶ 32–33, 38. In order to litigate his claims against Defendant, Plaintiff will necessarily have to present evidence as to his expunged criminal conviction and arrest. Without using a pseudonym, Plaintiff's name and his expunged criminal record will become public, and he will be stripped of the protections which his expungement afford him.

Accordingly, it is hereby **ORDERED**:

(1) John Doe has been **GRANTED** leave to proceed in pseudonym;

(2) All Parties shall take all necessary actions to protect the identity of John Doe from disclosure to the public, including but not limited to, redacting his name from publicly filed documents and using the pseudonym "John Doe" in all instances, including where redaction is not possible;

(3) If redaction or substitution of the pseudonym is not possible in the public filing of documents or other papers, such public filing shall be made under seal in accordance with this Court's Local Rules;

(4) All Parties shall admonish party and non-party witnesses that they are obliged to maintain true name of John Doe, as well as all other identifying information about him, as confidential.

It is so **ORDERED**.

**SIGNED** this 8th day of August, 2022.

                                              XAVIER RODRIGUEZ
                                              UNITED STATES DISTRICT JUDGE